JANET M. HEROLD
Regional Solicitor
DANIEL J. CHASEK
Associate Regional Solicitor
GRACE A. KIM, Trial Attorney (CSBN 247456)
Office of the Solicitor (Sol No. 1219812)
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071
Direct: (213) 894-3950
Facsimile: (213) 894-2064
Email: kim.grace@dol.gov

Attorneys for Plaintiff

E-FILED 7/30/2012
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**HILDA L. SOLIS,**
Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

**GREENWORLD, INC.,**
a California corporation;

**JIAN HUA BAI,** individually and as managing agent of the corporate defendant;

and

**LIHUA DAI,** individually and as managing agent of the corporate defendant.

Defendants.

**Case No. CV 12-6160 PSG (DTBx)**

**~~(PROPOSED)~~**
**CONSENT JUDGMENT**

Plaintiff, HILDA L. SOLIS, Secretary of Labor, United States Department of Labor ("Plaintiff" or the "Secretary") and Defendants GREENWORLD, INC. ("Corporate Defendant" or "Greenworld"), MR. JIAN HUA BAI, individually and as managing agent of Corporate Defendant ("Defendant Bai"), and MS. LIHUA DAI, individually

and as managing agent of Corporate Defendant ("Defendant Dai") (Corporate Defendant, Defendant Bai, and Defendant Dai are hereafter collectively referred to as "Defendants") have agreed to resolve all matters in controversy in the above-captioned civil action and consent to entry of this Consent Judgment in accordance herewith:

A. The Secretary filed a Complaint alleging that Defendants violated provisions of Sections 6, 11, 15(a)(1), 15(a)(2), 15(a)(3), and 15(a)(5), 29 U.S.C. §§ 206, 211, 215(a)(1), 215(a)(2), 215(a)(3), 215(a)(5), respectively, of the Fair Labor Standards Act of 1938, as amended ("FLSA"). (Doc. 1.)

B. The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

C. Defendants admit that the Court has jurisdiction over Defendants and subject matter of this civil action and that venue lies in the district court for the Central District of California.

D. Defendants represent that they are entering into this Consent Judgment in order to speedily and efficiently resolve this litigation.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED, that Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order, by personal service or otherwise, be, and they hereby are, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, permanently enjoined and restrained from violating the provisions of Sections 15(a)(1), 15(a)(2), 15(a)(3), and 15(a)(5) of the FLSA, 29 U.S.C. §§ 215(a)(1), 215(a)(2), 215(a)(3), and 215(a)(5), in any of the following manners:

1. Defendants shall not, contrary to Section 6 of the FLSA, 29 U.S.C. § 206, employ any employee who in any workweek is engaged in commerce or

in the production of goods for commerce, within the meaning of the FLSA, at wage rates less than $7.25 per hour, or less than the applicable minimum rate as may hereafter be established by amendment to the FLSA.

2. Defendants shall not, contrary to FLSA § 15(a)(1), 29 U.S.C. § 215(a)(1), transport, offer for transportation, ship, deliver, or sell in commerce (or ship, deliver, or sell with knowledge or reason to believe that shipment, delivery, or sale in commerce is intended) goods in the production of which any employee (of the Defendant or other(s)) has been employed in violation of the FLSA's minimum wage provisions (29 U.S.C. § 206);

3. Defendants shall not fail to make, keep, and make available to authorized agents of the Secretary (for inspection, transcription, and/or copying, upon their demand for such access) and shall preserve, records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 211(c) and 215(a)(5), respectively, and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

   a. In particular, Defendants shall record employee work time by requiring that employees sign in when they arrive at work, and sign out when they leave work. These times and signatures shall be written on the same production documents that Defendants use to track their boxes of harvested and packed produce.

4. Defendants shall not, contrary to Section 15(a)(3) of the FLSA, 29 U.S.C. § 215(a)(3), discharge or otherwise discriminate against any current or former employee for exercising any right protected by the FLSA.

5. Defendants, jointly and severally, shall not continue to withhold the pay-

ment of $45,000.00 in unpaid minimum wage pay hereby found to be due under the FLSA to the employees named in the attached Exhibit 1. Exhibit 1 shows the name of each employee, the gross back wage amount due to that employee, and the period covered by the Consent Judgment; and it is further

ORDERED, ADJUDGED, AND DECREED that Judgment is hereby entered, pursuant to Section 16(c) of the FLSA, 29 U.S.C. § 216(c), in favor of the Secretary and against Defendants in the total amount of $45,000.00, which represents unpaid back wages as described in Paragraph 5, above; and it is further

ORDERED that to satisfy the monetary portions of this Consent Judgment, Defendants, jointly and severally, shall not fail to deliver to the Secretary's authorized representatives at the United States Department of Labor, Wage and Hour Division ("Wage and Hour"), located at 100 North Barranca Avenue, Suite 850, West Covina, California, 91791, the following:

a. On or before July 13, 2012, a certified or cashier's check or money order, payable to the order of "Wage & Hour Div., Labor" in the amount of $25,000.00 and with "Greenworld BWs" written in the subject or memo line of said check or money order;

b. On or before July 13, 2012, a schedule bearing the name "Greenworld, Inc.," including the employer identification number, residential addresses and phone numbers of Defendants, and showing the names, Social Security numbers, last known residential addresses, and gross back wage amounts owed to each individual as listed in the attached Exhibit 1;

c. On or before August 13, 2012, a certified or cashier's check or money order, payable to the order of "Wage & Hour Div., Labor" in the amount of $20,000.00 and with "Greenworld BWs" written in the subject or memo line of said check or money order;

d. In the event of a default in the timely making of the payment required under

this Consent Judgment, the full amount which then remains unpaid, plus interest at the rate of ten percent (10%) per annum, from the date of this Judgment until the amount of this Judgment is paid in full, shall become due and payable upon the Secretary's sending, by ordinary U.S. mail, a written demand to the last business address of Defendants then known to the Secretary;

The Secretary shall allocate and distribute the remittances, or the proceeds thereof, to the individuals named in the attached Exhibit 1, or to their estates if that be necessary, in her sole discretion. The Secretary shall be responsible for deducting from the amounts paid to said individuals each individual's share of F.I.C.A. and federal income taxes, and for remitting said deductions to the appropriate federal agencies. Any sums not distributed within a period of one year from the date of receipt of the last such amounts due hereunder, because of an inability to locate the proper individuals or because of such individual's refusal to accept it, shall be deposited by the Secretary into a special deposit account for payment to the proper individuals, and upon such inability to pay said amounts within three years, shall then be deposited into the Treasury of the United States as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c).

Defendants shall not request or coerce, directly or indirectly, any current or former employee to return or offer to return to Defendants (or to any other individual on behalf of Defendants) any money previously due or to become due in the future to said employee under the provisions of this Consent Judgment or under the FLSA; nor shall Defendants retaliate or encourage anyone else to retaliate against any current or former employee because such employee has received or retained money due to him under the provisions of this Consent Judgment or under the FLSA or because of said employee's actual or perceived cooperation with representatives from the United States Department of Labor regarding the investigation giving rise to the above-captioned civil action.

Furthermore, Defendants shall post the Notice of Employee Rights, in English and Spanish, attached hereto as Exhibit 2, at their workplace, in a prominent location where

employees gather, or can view it, such in the shed areas where employees gather to work.

Within 30 days of the date of this Consent Judgment, representatives from Wage and Hour shall conduct two trainings, one in English and one in Spanish, at Defendants' work premises, located at 27530 Briggs Road, Sun City, California 92585, regarding the requirements of the FLSA. Defendants shall make reasonable efforts to ensure that all of their employees attend one of these sessions. These training sessions shall be considered as the employees' working hours and shall be paid by Defendants accordingly.

It is further ORDERED that the filing, pursuit, and/or resolution of this proceeding with the entry of this Consent Judgment shall not act as or be asserted as a bar to any action under Section 16(b) of the FLSA, 29 U.S.C. § 216(b), as to any employee not named in the attached Exhibit 1, nor as to any employee named in the attached Exhibit 1 for any time period not specified therein; and it is further

ORDERED that each party shall bear his, her, or its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorney's fees, which may be available under the Equal Access to Justice Act, as amended; and it is further

ORDERED that this Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

The Court directs the entry of this Consent Judgment as a final Order.

SO ORDERED.

Dated: 7/30, 2012

PHILIP S. GUTIERREZ
United States District Judge

Entry of this Judgment is hereby consented to:

For Defendants:

**For GREENWORLD, INC.:**

Jian Hua Bai
Authorized Agent

7-12-2012
Date

Lihua Dai
Authorized Agent

7-12-2012
Date

**For DEFENDANT JIAN HUA BAI, an individual:**

Jian Hua Bai

7-12-2012
Date

**For DEFENDANT LIHUA DAI, an individual:**

Lihua Dai

7-12-2012
Date

**For the Secretary:**

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIEL J. CHASEK
Associate Regional Solicitor

07/12/12

GRACE A. KIM
Trial Attorney
U.S. Department of Labor

Date

**EXHIBIT 1**

Solis v. Greenworld, Inc., et al.

| | Last Name | First Name | Period Covered | Gross Amt Due |
|---|---|---|---|---|
| 1 | Calderon Ramirez | Jose | 09/22/11 to 06/30/12 | $1,136.92 |
| 2 | Calderon Ramirez | Jose B. | 12/24/11 to 03/10/12 | $928.88 |
| 3 | Calvillo-Valdovinos | Hugo | 05/28/11 to 05/28/11 | $194.33 |
| 4 | Camarillo | Delia | 05/21/11 to 03/24/12 | $3,141.49 |
| 5 | Cardenas | Juan Manuel | 05/07/11 to 04/14/12 | $3,825.49 |
| 6 | Cardenas | Martha | 07/16/11 to 06/30/12 | $2,034.61 |
| 7 | Cardenas | Yata-Nora | 05/07/11 to 04/07/12 | $2,013.30 |
| 8 | Crus Macias | Liliana | 05/14/11 to 12/24/11 | $1,066.71 |
| 9 | Crus Macias | Rolando | 08/13/11 to 10/08/11 | $364.81 |
| 10 | Deniz Ochoa | Jesus Alejandro | 04/30/11 to 06/30/12 | $1,558.30 |
| 11 | Diaz-Flores | Ricardo | 12/24/11 to 06/30/12 | $952.76 |
| 12 | Fargoso | Jose | 04/14/12 to 06/30/12 | $643.66 |
| 13 | Lara-Amador | Manuel | 06/18/11 to 06/30/12 | $874.63 |
| 14 | Ledesma-Garcia | Eleno | 04/30/11 to 06/30/12 | $3,355.15 |
| 15 | Lopez-Espejo | Javier | 11/19/11 to 06/30/12 | $1,241.04 |
| 16 | Lopez-Torre | Jesus | 05/21/11 to 03/31/12 | $2,919.93 |
| 17 | Pantoja | Teodoro | 12/24/11 to 03/10/12 | $1,572.41 |
| 18 | Ramires-Jose | Antonio | 05/07/11 to 06/30/12 | $2,118.21 |
| 19 | Ranguel-Torres | Mario | 07/16/11 to 10/08/11 | $231.47 |

**EXHIBIT 1**
Solis v. Greenworld, Inc., et al.
(continued)

| | Last Name | First Name | Period Covered | Gross Amt Due |
|---|---|---|---|---|
| 20 | Rodriguez | Julio Cesar | 04/30/11 to 06/30/12 | $4,153.86 |
| 21 | Santos | Vicente Alejandro | 05/21/11 to 11/05/11 | $657.45 |
| 22 | Sixtos | Rogelio | 05/14/11 to 11/26/11 | $2,545.30 |
| 23 | Vasquez-Herrera | Aurelio | 05/21/11 to 06/30/12 | $2,295.17 |
| 24 | Villa Carcia | Jose | 12/17/11 to 03/24/12 | $892.62 |
| 25 | Villasenor-Jimenez | Guadalupe Lucero | 11/19/11 to 06/30/12 | $1,222.55 |
| 26 | Villasenor-Jimenez | Paola | 10/29/11 to 04/14/12 | $1,842.12 |
| 27 | Zamora Ruis | Miguel | 12/24/11 to 06/30/12 | $849.67 |
| 28 | Zavala Calderon | Bernardo | 12/10/11 to 12/24/11 | $367.16 |
| **Total** | | | | **$45,000.00** |

Exhibit 2

# LEGAL NOTICE TO ALL EMPLOYEES

The **Fair Labor Standards Act** provides that all employees must be paid minimum wage for all hours worked.

To resolve a lawsuit brought by the **Department of Labor**, the **United States District Court** entered an Order forbidding ***Greenworld Inc.*** from shipping goods on which employees were not paid the minimum wage required by the **Fair Labor Standards Act**. All employees who work in this establishment can help ***Greenworld Inc.*** not to violate the Court's Order.

If you think you are not being paid in accordance with the law call ***Greenworld Inc.*** at (909) 800-6807 **OR** you can call the **U.S. Department of Labor, Wage and Hour Division** at (626) 966-0478 and your name will be kept confidential.

Exhibit 2

# NOTICIA LEGAL A TODOS LOS EMPLEADOS

La **Ley de Normas Razonables de Trabajo** determina que se les debe de pagar a todos los empleados el sueldo mínimo por todas las horas que ellos trabajen.

Para resolver una demanda laboral iniciada por el **Departamento del Trabajo**, la corte del **Distrito de los Estados Unidos** expidió una orden que prohíbe a ***Greenworld Inc.*** de enviar la producción a sus distribuidores si en la fabricación de dichos productos no se les pago a los empleados el sueldo mínimo requerido por la Ley de Norma Razonables de Trabrajo.

Todos los empleados que trabajan en éste establecimiento pueden ayudar a ***Greenworld Inc.*** a no violar la orden de la Corte.

Si Usted piensa que no se le pago de acuerdo a lo que la ley indica, por favor llame a ***Greenworld Inc.*** al numero (909) 800-6807 **O** Usted también puede llamar directamente al Departamento del Trabajo, Division de Horas y Salarios, al (626) 966-0478 y su llamada será confidencial.